United States District Court
Southern District of Texas

**ENTERED**

April 29, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILSON DANIEL LEMA LOJA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-902 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Wilson Daniel Lema Loja, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Joe Corley Processing Center. Through counsel, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1).

On February 20, 2026, the federal respondents advised the court that five days from the date of the advisory, the respondents planned to remove the petitioner to Ecuador. (Docket Entry No. 4). The motion for summary judgment filed by the respondents also states that the government planned to remove the petitioner to Ecuador on February 26, 2026. (*See* Docket Entry No. 5). If the petitioner's removal has already occurred, his claims are moot. **No later than May 2, 2026**, the parties must inform the court whether the petitioner has been removed or whether he remains in custody.

SIGNED on April 29, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judg