United States District Court
Southern District of Texas

**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILSON DANIEL LEMA LOJA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-902 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Wilson Daniel Lema Loja, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On May 8, 2026, the federal respondents advised the court that on May 7, 2026, the respondents removed the petitioner from the United States to Ecuador. (Docket Entry No. 9). The petitioner has not filed a response to the Advisory. Because Lema Loja has been removed from the United States, his habeas petition is moot. This habeas petition is **dismissed** without prejudice. Any pending motions are **denied** as moot.

SIGNED on May 27, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge